■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ENRIQUE MALDONADO, Appellant. [655 NYS2d 541] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Grajales, J.), rendered May 2, 1995, convicting him of attempted robbery in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant did not preserve for appellate review his present claim that the court's response to a juror's oral inquiry

was inaccurate and prejudicial, since he failed to raise to the trial court the specific ground he now raises on this appeal (*see,* CPL 470.05 [2]; *People v Balls,* 69 NY2d 641, 642; *see also, People v Stewart,* 81 NY2d 877, 878-879; *cf., People v DeRosario,* 81 NY2d 801, 803). In any event, the trial court's response to the juror's oral inquiry does not warrant reversal as the defendant was not prejudiced thereby (*see, People v Agosto,* 73 NY2d 963, 967; *People v Austin,* 199 AD2d 325, 326; *People v Beckham,* 174 AD2d 748, 750; *People v Nevins,* 178 AD2d 107, 108).

Contrary to the defendant's contention, the court did not err in dismissing, *sua sponte,* a prospective juror who was having great difficulty understanding the court's questions (*see, People v Vargas,* 88 NY2d 363, 379; *People v Mitchell,* 224 AD2d 316; *People v Scruggs,* 201 AD2d 514, 515; *see also, People v Decker,* 157 NY 186, 190-191; *People v Torres,* 164 AD2d 923, 924; *People v Little,* 57 Misc 2d 1059, 1061).

The defendant's remaining contentions are without merit. Rosenblatt, J. P., Miller, Ritter and Copertino, JJ., concur.